UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES LEWIS  
BARBARA LEWIS

Chapter 13

Debtor

Bankruptcy No. 14-13641-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __18th__ day of __February__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED,** that any wage orders are hereby vacated.

_____  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 40119  
Philadelphia, PA  19106-0119

Debtor's Attorney:  
DIANE E BARR, ESQUIRE  
LAW OFFICE OF DIANE E BARR  
4206 CHESTNUT ST - 1ST FLR  
PHILADELPHIA, PA 19104-

Debtor:  
JAMES LEWIS  
BARBARA LEWIS  
1201 E. WILLOWGROVE AVENUE

WYNNMOORE, PA 19038